UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAROLD KING,
*on behalf of himself, FLSA Collective Plaintiffs and Class Members*,

                     Plaintiff,

v.

FEDCAP REHABILITATION SERVICES, INC., *et al.*,

                     Defendants.

Case No.: 20 CV 1784

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that the claims of Plaintiff, HAROLD KING, are hereby dismissed without prejudice in their entirety as against the Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: February 16, 2021
       New York, New York

LEE LITIGATION GROUP, PLLC

*/s/ C. K. Lee*
C.K. Lee, Esq.
*Attorney for Plaintiff*
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181