

Attorneys at Law

Adriana S. Kosovych
t 212.351.4527
f 212.878.8600
akosovych@ebglaw.com

February 19, 2021

**BY ECF**
Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: **King v. Fedcap Rehabilitation Services, Inc., *et al.*, 20-Civ-1784 (VSB) (DF)
> Status Report and Request To Further Extend Time to Answer, Move, or
> Otherwise Respond to First Amended Class and Collective Action Complaint**

Dear Judge Broderick:

    We represent Defendants Fedcap Rehabilitation Services, Inc. and Wildcat Service Corporation (together, "Defendants") in the above-identified matter and we write jointly with counsel for Plaintiff Harold King ("Plaintiff") to provide a status update as directed in Your Honor's Order. (ECF 23).

    On February 16, 2021, Plaintiff filed a Notice of Voluntary Dismissal pursuant to FRCP 41(a)(1)(A)(i), dismissing without prejudice all of Plaintiff's claims against Defendants. (ECF 24). We understand the Notice of Voluntary Dismissal has been referred to Your Honor for review.

                                   Respectfully,

                                     */s/ Adriana S. Kosovych*

                                   Adriana S. Kosovych

cc: Jeffrey H. Ruzal
     Anne Seelig