# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-661-1008
                   anne@leelitigation.com

April 2, 2021

**BY ECF**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   4/4/2021

Re:   *King v. Fedcap Rehabilitation Services, Inc., et al.,*
      Case No. 20-Civ-1784 (VSB) (DF)

Dear Judge Broderick:

We are counsel to Plaintiff and submit this letter jointly with Defendants. We write to respectfully request a two-week extension of time to file our fairness submission. On March 4, 2021, the Court ordered the parties to provide the terms of the settlement, within 30 days (by April 5, 2021). Since then, the parties have conferred with each other and our respective clients, and Defendants have advised that they expect to send their draft of the Settlement Agreement for our review by the end of this week.

As parties are still in the process of finalizing the settlement documents, we respectfully request a two-week extension of the date by which to file the fairness submission, to April 19, 2021. This is the first request for an extension.

We thank the Court for its kind consideration.

Respectfully,

*/s/ Anne Seelig*
Anne Seelig

cc: all parties via ECF