# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   (212) 465-1188
cklee@leelitigation.com

May 3, 2021

**BY ECF**

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *King v. Fedcap Rehabilitation Services, Inc., et al.,*
           Case No. 20-Civ-1784 (VSB) (DF)

Dear Judge Broderick:

    We are counsel to Plaintiff in the above-identified matter and write in response to Defendants' Letter (Dkt. 33). Given Defendants' various mischaracterizations, Plaintiff believes that no conference is necessary. The parties have not been able to agree to the settlement terms and Plaintiff intends to proceed with litigation.

    We thank the Court for its kind consideration.

Respectfully,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF