USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
HAROLD KING, *on behalf of himself, FLSA* :
*Collective Plaintiffs, and the Class*, :
:
                                  Plaintiff, :      20-cv-1784 (VSB)
:
              -against- :           **ORDER**
:
FEDCAP REHABILITATION SERVICES, :
INC., et al. :
:
                                 Defendants. :
:
-------------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I am in receipt of the parties' separate letters submitted on May 3, 2021, describing the status of settlement discussions. (Docs. 33–34.) Accordingly, it is hereby:

       ORDERED that the parties shall appear for a status conference on May 12, 2021 at 2:00 p.m. The call-in number is 888-363-4749 and the access code is 2682448. The parties should be prepared to discuss the disagreement over settlement identified in their most recent filings and, to the extent settlement is not forthcoming in this case, how the parties intend to move the litigation forward.

       SO ORDERED.

Dated: May 4, 2021
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge