# EXHIBIT B

# FEDCAP — The Power of Possible

Facebook | Twitter | YouTube | Blog | Search

About Us | Programs & Services | Business Services | Home Care Services | News and Events | Donate

**You are here »**
Programs & Services : Programs & Services for Adults : Wildcat Service Corp.

## Wildcat Service Corp.

In 2012, Fedcap combined with Wildcat Service Corp., renowned for pioneering work with New York City's ex-offenders, disconnected youth, public assistance recipients and unemployed individuals, and for such innovations as the Wall Street Private/Public Partnership and the Neighborhood Improvement Program (NIP).

NIP provides transitional employment and vocational and work-readiness training to public assistance recipients, ex-offenders and/or residents of homeless shelters. Participants spend two days a week in class and three days cleaning and beautifying neighborhoods hit hard by the foreclosure crisis.

For inquiries about NIP, contact David Saturn.

Wildcat also operates Six NYC Human Resources Administration programs to provide training and job placement to cash assistance recipients. These programs include; Court Involved, Homeless, Older Worker, Youthpathways (Bronx & Manhattan) & Career Compass.

Career Services Programs are located at 210 E. 43rd Street New York, NY 10017 and 369 E. 148th Street, Bronx, NY 10455.

- Programs & Services for Adults
- Programs & Services for Youth and Young Adults
- Mental Health Services
- The Community Impact Institute (CII)

Wildcat a division of FEDCAP

Back top Top of Page

Contact Us :: EthicsPoint :: Career Opportunities :: Site Map

©2015 Fedcap Rehabilitation Services, Inc. | Site Design: jumpshot ink