**NEW YORK DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAROLD KING,<br>*on behalf of himself, FLSA Collective Plaintiffs, and the Class*,<br><br>                                        Plaintiff,<br><br> - against -<br><br>FEDCAP REHABILITATION SERVICES, INC.,<br>and WILDCAT SERVICE CORPORATION,<br><br>                                        Defendants. | **Case No.: 20-CV-1784 (VSB) (ADS)**<br><br>**NOTICE OF MOTION TO ENFORCE SETTLEMENT** |

PLEASE TAKE NOTICE that Defendants, Fedcap Rehabilitation Services, Inc. and Wildcat Service Corporation (referred to collectively as "Defendants"), based upon the accompanying Declaration of Adriana S. Kosovych and exhibits, the Memorandum of Law in Support of Defendants' Motion to Enforce Settlement, and all of the pleading and proceedings had herein, will move this Court, before the Honorable Judge Vernon S. Broderick, United States District Judge, for the Southern District of New York, at 40 Foley Square, New York 10007 for an Order enforcing the settlement agreement between Defendants and Plaintiff Harold King ("Plaintiff").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order of Judge Broderick issued on July 6, 2021 (DE 41), opposing papers, if any, are due on August 17, 2021, and the reply papers are due on August 31, 2021.

WHEREFORE, Defendants respectfully request that the Court (i) grant Defendants' motion and enforcing the settlement agreement between the parties, (ii) direct Plaintiff to execute the settlement agreement, and (ii) grant such further relief as it deems just and proper.

-2-

Dated:  July 27, 2021
        New York, New York

Respectfully Submitted,

EPSTEIN BECKER & GREEN, P.C.


  */s/* Adriana S. Kosovych

Jeffrey H. Ruzal
Adriana S. Kosovych
875 Third Avenue
New York, NY 10022
Tel: 212.351.4500
*Attorneys for Defendants*
*Fedcap Rehabilitation Services, Inc. and*
*Wildcat Service Corporation*

Firm:53598466