UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

HAROLD KING,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

        **Plaintiff,**

  v.

FEDCAP REHABILITATION SERVICES, INC.,
and WILDCAT SERVICE CORPORATION,

        **Defendants.**

**Case No.** 21-cv-01784-VSB-SDA

-----------------------------------------------------------------------

## DECLARATION OF C.K. LEE IN SUPPORT OF
## PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS' COUNSEL

I, C.K. Lee, under penalty of perjury, affirm as follows:

1. My name is C.K. Lee, and I am a member of Lee Litigation Group, PLLC, Plaintiff's counsel in the above-captioned matter.

2. I submit this Declaration in support of Plaintiff's Motion for Sanctions Against Defendants' Counsel.

3. Attached as **Exhibit A** hereto is a true and correct copy of the Rule 11 letter that our firm emailed to Defendants' counsel on August 2, 2021.

Dated: New York, New York                                  Respectfully submitted,

      August 24, 2021

                                                 By:    */s/ C.K. Lee*
                                                           C.K. Lee, Esq.

                                                           Lee Litigation Group, PLLC
                                                           C.K. Lee (CL 4086)
                                                           Anne Seelig (AS 3976)
                                                           148 West 24th Street, 8th Floor
                                                           New York, NY 10011
                                                           Tel: (212) 465-1188
                                                           Fax: (212) 465-1181
                                                          *Attorneys for Plaintiff,*
                                                          *FLSA Collective Plaintiffs, and the Class*