## Adriana S. Kosovych

| | |
|---|---|
| **From:** | Anne Seelig <anne@leelitigation.com> |
| **Sent:** | Tuesday, February 9, 2021 1:27 PM |
| **To:** | Adriana S. Kosovych |
| **Cc:** | Jeffrey H. Ruzal |
| **Subject:** | Re: King litigation - Following up - SETTLEMENT COMMUNICATION PER RULE 408 |

**\*\*\* EXTERNAL EMAIL \*\*\***

Would you consent to our dismissing the case without prejudice, and once it is dismissed, to entering into a settlement so we do not have to spend the time and effort in going through fairness approval? If we proceed this way, Defendants could get confidentiality and a general release.

CONFIDENTIAL SETTLEMENT COMMUNICATION PURSUANT TO FRE 408

Anne Seelig, Esq.
Partner
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor,
New York, NY 10011
Email: anne@leelitigation.com
Direct: (212) 661-1008
Fax: (212) 465-1181

*Please note that as of April 29, 2019, our address has changed to 148 West 24th Street, 8th Floor, New York, NY 10011. Thank you.*

---

**From:** Adriana S. Kosovych <AKosovych@ebglaw.com>
**Sent:** Tuesday, February 9, 2021 9:33 AM
**To:** Anne Seelig <anne@leelitigation.com>
**Cc:** Jeffrey H. Ruzal <JRuzal@ebglaw.com>
**Subject:** King litigation - Following up

Anne,

After we last spoke you were going to speak with your client about the form of settlement. Have you been able to do that?

Thanks,
Adriana



**Adriana S. Kosovych** | Bio
t 212.351.4527 | f 212.878.8600
AKosovych@ebglaw.com
875 Third Avenue | New York, NY 10022
t 212.351.4500 | www.ebglaw.com
*Think Green. Please consider the environment before you print this message. Thank you.*

---

CONFIDENTIALITY NOTE: This communication is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this communication or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this communication in error, please call the Help Desk of Epstein Becker & Green, P.C. at (212) 351-4701 and destroy the original message and all copies. Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, P.C. Attn: Marketing Department, 875 Third Avenue, New York, NY 10022. Be sure to include your email address if submitting your request via postal mail.