**Adriana S. Kosovych**

| | |
|---|---|
| **From:** | Anne Seelig <anne@leelitigation.com> |
| **Sent:** | Friday, March 5, 2021 10:42 AM |
| **To:** | Adriana S. Kosovych; Jeffrey H. Ruzal |
| **Cc:** | Panning Cui |
| **Subject:** | Fw: Activity in Case 1:20-cv-01784-VSB King v. Fedcap Rehabilitation Services, Inc. et al Order |

**\*\*\* EXTERNAL EMAIL \*\*\***

Counselors:

In view of the Court's Order requiring submission of the settlement for fairness, please be advised that the settlement may no longer contain any confidentiality or non-disparagement provisions (pursuant to Cheeks). Please provide the draft agreement and upon finalizing same, we will prepare the fairness submission.

Anne Seelig, Esq.
Partner
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor,
New York, NY 10011
Email: anne@leelitigation.com
Direct: (212) 661-1008
Fax: (212) 465-1181

*Please note that as of April 29, 2019, our address has changed to 148 West 24th Street, 8th Floor, New York, NY 10011. Thank you.*

**From:** noreply@courtdrive.com <noreply@courtdrive.com>
**Sent:** Friday, March 5, 2021 9:33 AM
**To:** Anne Seelig <anne@leelitigation.com>
**Subject:** Activity in Case 1:20-cv-01784-VSB King v. Fedcap Rehabilitation Services, Inc. et al Order



VIEW PDF FOR FREE
powered by CourtDrive

Download PDF

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** There is no charge for viewing opinions.
**U.S. District Court**
**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 3/5/2021 at 9:33 AM EST and filed on 3/4/2021
**Case Name:**        King v. Fedcap Rehabilitation Services, Inc. et al
**Case Number:**      1:20-cv-01784-VSB
**Filer:**
**Document Number:** 28
**Docket Text:**
**ORDER. It is hereby: ORDERED that within thirty (30) days of this Order the parties provide this Court with the terms of the settlement in order to ensure that, in compliance with the FLSA, they are fair and reflect a reasonable compromise of disputed issues. IT IS FURTHER ORDERED that, along with the terms of the settlement, the parties shall provide this court with a joint letter of no more than five (5) pages explaining why they believe the settlement reflects a fair and reasonable compromise of disputed issues. Such letter should include, but need not be limited to, information concerning the five (5) factors identified in Beckert. IT IS FURTHER ORDERED that, if the agreement includes a provision for attorney's fees, the parties submit evidence providing a factual basis for the attorney's fees award. Such basis should include "contemporaneous billing records documenting, for each attorney, the date, the hours expended, and the nature of the work done." Lopez v. Nights of Cabiria, LLC, No. 14 cv1274 (LAK), 2015 WL 1455689, at *7 (S.D.N.Y. March 30, 2015). SO ORDERED. (Signed by Judge Vernon S. Broderick on 3/4/21) (yv)**

**1:20-cv-01784-VSB Notice has been electronically mailed to:**

Anne Melissa Seelig     anne@leelitigation.com, anneseelig@ecf.courtdrive.com

C.K. Lee    cklee@leelitigation.com, llg@ecf.courtdrive.com

Adriana Stefanie Kosovych     akosovych@ebglaw.com, nyma@ebglaw.com

Jeffrey Howard Ruzal     Jruzal@ebglaw.com, nyma@ebglaw.com

**1:20-cv-01784-VSB Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/5/2021] [FileNumber=25504938-0
] [33cbf54695daee761b156aab416107a4763dddd238ba911a93ff536eae2f83c631f
850a59ea0c09498907bd0dbad8b79571ca9da6ed036c541cd86fb682e9942]]