

Attorneys at Law

Adriana S. Kosovych
t  212.351.4527
f  212.878.8600
akosovych@ebglaw.com

September 14, 2021

**BY ECF**
Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

>    Re:    **King v. Fedcap Rehabilitation Services, Inc., *et al.*, 20-Civ-1784 (VSB) (DF)**
>    **Letter Advising of Conference Attendees**

Dear Judge Broderick:

    We represent the Defendants, Fedcap Rehabilitation Services, Inc. ("Fedcap") and Wildcat Service Corporation ("Wildcat") (together, "Defendants") in the above-identified matter. We write in accordance with Your Honor's Order dated September 8, 2021 (DE 60) to advise that Christopher M. Farella, Esq. (caferella@ebglaw.com) and Adriana S. Kosovych, Esq. (akosovych@ebglaw.com) plan to attend the conference scheduled for September 16, 2021 at 3:00 p.m.

    Thank you for Your Honor's attention to this matter.

>    Respectfully,
>
>    */s/ Adriana S. Kosovych*
>
>    Adriana S. Kosovych

cc:    Counsel of Record (via ECF)