```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HAROLD KING,                                                :
                                                            :
                              Plaintiff,                    :
                                                            :        20-cv-1784 (VSB)
               -against-                                    :
                                                            :              ORDER
FEDCAP REHABILITATION SERVICES,                             :
INC., et al.                                                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

In light of the decisions I issued at the September 16, 2021 conference in this case, (Doc. 60), it is hereby:

ORDERED that Defendants' motion to enforce settlement, (Doc. 47), is DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion for sanctions, (Doc. 51), is DENIED without need for Defendants to submit any briefing.

IT IS FURTHER ORDERED that the parties are directed to meet and confer and submit a joint filing on or before September 23, 2021, indicating their positions on a proposed briefing schedule in connection with Plaintiff's motion for conditional collective certification, (*see* Doc. 42).

IT IS FURTHER ORDERED that Defendants are directed to answer or otherwise respond to Plaintiff's amended complaint on or before October 7, 2021.

The Clerk's office is directed to terminate the open motions at Documents 47 and 51.

SO ORDERED.

Dated: September 16, 2021
      New York, New York

                                              Vernon S. Broderick
                                              United States District Judge