**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| HAROLD KING, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,* | : : : | Case No.: 1:20-cv-01784 (VSB) (DF) |
| Plaintiff, | : : | |
| v. | : : | Electronically Filed |
| FEDCAP REHABILITATION SERVICES, INC., and WILDCAT SERVICE CORPORATION, | : : : : : | **ORDER OF TERMINATION OF APPEARANCE OF CHRISTOPHER M. FARELLA** |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendants Fedcap Rehabilitation Services, Inc. and Wildcat Service Corporation, by and through their counsel Epstein Becker & Green, P.C. ("EBG"), respectfully request, pursuant to Local Civil Rule 1.4, that the Appearance of Christopher M. Farella as counsel on their behalf be terminated. Mr. Farella appeared in this action on September 8, 2021 for the sole purpose of responding to the pending Motion for Sanctions [D.E. 51] in the above action. On September 16, 2021, the Court ruled on that motion, and it is no longer pending.

EBG has represented Defendants throughout the pendency of this action and Jeffrey H. Ruzal and Adriana S. Kosovych will remain counsel for Defendants in this matter. Therefore, the termination of Mr. Farella's appearance will have no bearing on the posture of this case. As such, Defendants respectfully request that the appearance of Christopher M. Farella on their behalf be terminated.

September 17, 2021

                                             EPSTEIN BECKER & GREEN, P.C.

By:    */s/ Adriana S. Kosovych*
       Adriana S. Kosovych
       875 Third Avenue
       New York, New York 10022
       Tel: 212-351-4500
       Fax: 212-878-8600
       akosovych@ebglaw.com

*Attorneys for Defendants*