UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
HAROLD KING,                                              :
                      Plaintiff,         :
:
        -against-                                :            20-CV-1784 (VSB)
:
:            **AMENDED ORDER OF**
:            **REFERENCE**
FEDCAP REHABILITATION SERVICES,   :
INC., et al.,                                                 :
:
                    Defendants.    :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositive Motion/Dispute:<br>• Joint letter regarding the parties' discovery disputes (Doc. 86.) | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

SO ORDERED.

Dated:    December 15, 2021
             New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge