# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  (212) 465-1188
cklee@leelitigation.com

January 12, 2022

**BY ECF**
Hon. Vernon S. Broderick, U.S.D.J.
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *King v. Fedcap Rehabilitation Services, Inc., et al.,*
          Case No. 20-cv-01784

Dear Judge Broderick:

    We are counsel to Plaintiff in the above-identified matter.

    After further consideration and a meet and confer with Defendants on January 12, 2022, Plaintiff does not oppose Defendants' Letter Motion to Adjourn the Parties' Mediation [Dkt. 91].

    We thank the Court for its kind consideration.

Respectfully,

/s/ C.K. Lee
C.K. Lee, Esq.

Encl.
cc: all parties via ECF