# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   (212) 465-1188
cklee@leelitigation.com

April 14, 2022

**BY ECF**
Hon. Vernon S. Broderick, U.S.D.J.
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *King v. Fedcap Rehabilitation Services, Inc., et al.,*
       Case No. 20-cv-01784

Dear Judge Broderick:

  We are counsel to Plaintiff in the above-identified matter. We write to provide a status update to the letter to Your Honor on February 8, 2022 [Dkt. 96].

  The parties in the above-captioned case have agreed as follows with respect to the mediation:

  Name of Mediator: Dina Jansenson, Esq.

  Date of Mediation: June 13, 2022, at 10:00 a.m.

Respectfully,

*/s/ C.K. Lee*
C.K. Lee, Esq.
cc: all parties via ECF