UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

HAROLD KING, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

- against -

FEDCAP REHABILITATION SERVICES, INC., and WILDCAT SERVICE CORPORATION,

Defendants.

------------------------------------------------------X

20-CV-1784 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On August 12, 2022, I directed the parties to file a joint status update following a decision on class settlement in the related proceeding in New York County Supreme Court, under Index 152683/2021. Since the entry of that order, it appears that there have been several developments in this state court proceeding case and that a class settlement my have been entered. *See Brickzaida Aponte v. Fedcap Rehabilitation Services, Inc. et al.*, Index No. 152683/2021 (SK) (N.Y. Sup. March 17, 2021), Docs. 78, 89. Accordingly, the parties shall file a joint status update by June 9, 2023. All deadlines in this case remain stayed.

SO ORDERED.

Dated: June 5, 2023
New York, New York

Vernon S. Broderick
United States District Judge