# LEE LITIGATION G

148 WEST 24TH STREET,
NEW YORK, NY
TEL: 212-465-
FAX: 212-465-
INFO@LEELITIGA

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 6/7/2023

In light of this letter, this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41. The Clerk of Court is respectfully directed to terminate this action.

WRITER'S DIRECT:    (212) 465-1188
                    cklee@leelitigation.com

**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *King v. Fedcap Rehabilitation Services, Inc., et al.,*
                 Case No. 20-cv-01784

Dear Judge Broderick:

      We are counsel to Plaintiff and submit this status update jointly with counsel to Defendants. As directed by the Court in its Order dated June 5, 2023 (Dkt. 105), we write to confirm that the class settlement, effectuated through the New York County Supreme Court Action entitled *Aponte v. Fedcap Rehabilitation Services, Inc. et al*, Index No. 152683/21 (the "*Aponte* Action") was granted final approval by Hon. Sabrina Kraus, J.S.C. on May 2, 2023. A copy of the Final Approval Order is attached as Exhibit A.

      As class settlement approval has been granted in the *Aponte* Action, and the time to appeal such order has expired, the parties respectfully request the subject *King* action be dismissed with prejudice, and the case closed.

Respectfully,
*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF